# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel Jocuns                                    CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 24-21482 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA EQUITY RESOURCES, INC. and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Brent J. Lemon*
PA Western BK
02 Jul 2024, 12:26:33, EDT

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com