Form 154

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

15

In re:                                                  Bankruptcy Case No.: 24–21482–JCM

Chapter: 7

**Samuel Jocuns**
   Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 13, 2024**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                    Michael R. Rhodes
  U.S. Bankruptcy Court                                                 *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 9/4/24

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21482-JCM |
| Samuel Jocuns | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: 154 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Jocuns, 3817 Lyndell Street, Pittsburgh, Pa 15234-1907 |
| 15811011 | + | Kristy E. Jocuns, 1668 Smith Township State Road, Burgettstown, PA 15021-2435 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 05 2024 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15811009 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 05 2024 00:08:00 | Honda Financial Services, PO Box 70252, Philadelphia, PA 19176 |
| 15811003 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 05 2024 00:08:00 | Apple Card, GS Bank USA, 11850 S. Election Road, Draper, UT 84020-6814 |
| 15811004 | + | EDI: CITICORP | Sep 05 2024 03:50:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15811005 | + | EDI: CAPITALONE.COM | Sep 05 2024 03:50:00 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 15811006 | + | EDI: WFNNB.COM | Sep 05 2024 03:50:00 | Comenity Bank/Torrid, POB 182789, Columbus, OH 43218-2789 |
| 15811007 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 05 2024 00:08:00 | Equity Resources, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047 |
| 15811008 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 05 2024 00:08:00 | Fifth Third Bank, 5050 Kingsley Drive M/D IMOCOP, Cincinnati, OH 45227-1115 |
| 15811010 | | EDI: JPMORGANCHASE | Sep 05 2024 03:50:00 | JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 15811012 | + | EDI: LENDNGCLUB | Sep 05 2024 03:50:00 | Lending Club Bank, 595 Market Street, San Francisco, CA 94105-2802 |
| 15811013 | + | Email/Text: ngisupport@radiusgs.com | Sep 05 2024 00:07:00 | Radius Global Solutions LLC, 7831 Glenroy Road Suite 250, Minneapolis, MN 55439-3117 |
| 15811014 | + | EDI: SYNC | Sep 05 2024 03:50:00 | SYNCB/Sams Club Dual Card, PO B 965005, Orlando, FL 32896-5005 |
| 15811015 | + | EDI: SYNC | Sep 05 2024 03:50:00 | SYNCB/Verizon, PO B 71737, Philadelphia, PA 19176-1737 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: 154 | Total Noticed: 15 |

**Recip ID**   **Bypass Reason**   **Name and Address**
cr                                     PENNSYLVANIA EQUITY RESOURCES, INC.

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024                    Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

**Name**                              **Email Address**

Brent J. Lemon
on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES  INC. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Crystal H. Thornton-Illar
cthornton-Illar@leechtishman.com  PA95@ecfcbis.com

Crystal H. Thornton-Illar
on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com  PA95@ecfcbis.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mary Bower Sheats
on behalf of Debtor Samuel Jocuns mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6