IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 24-21482 JCM |
| Samuel Jocuns | : | |
| Debtor | : | Chapter 7 |
| | : | Related to Document No. 16 |
| Samuel Jocuns | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| No Respondent, and Crystal H. Thornton-Illar, | : | |
| Chapter 7 Trustee | : | |
| Respondents | : | |
| | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO CONVERT TO CHAPTER 13 FILED AT DOCUMENT 16

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Convert to Chapter 13, Filed at Document No. 16, filed on September 4, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Convert to Chapter 13, Filed at Document No.16, appears thereon. Pursuant to the Local Rule, objections to the Motion to Convert to Chapter 13, Filed at Document No. 16, were to be filed and served no later than September 26, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Convert to Chapter

13, filed at Document 16, be entered by the Court.

Dated:   September 27, 2024            /s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA I.D. #27911
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**