IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SAMUEL JOCUNS, | : | Case No. 24-21482-JCM |
| *Debtor(s)* | : | |
| SAMUEL JOCUNS, | : | Related to Document No. 16 |
| *Movant(s)* | : | |
| v. | : | |
| CRYSTAL H. THORNTON-ILLAR | : | |
| CHAPTER 7 TRUSTEE | : | |
| *Respondent(s)* | : | |

## ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor has filed a **Motion to Convert** at Document No. 16, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 13 of the *Bankruptcy Code*. The Court has considered the record and finds that the case has not been previously converted pursuant to 11 U.S.C. § 1112, § 1208, or § 1307. As a result of this finding,

*AND NOW*, this **30th** day of **September, 2024,** it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) This Chapter 7 case is **CONVERTED** to a case under Chapter 13.

(2) *Within 14 days* of the date of this *Order*, the Chapter 7 Trustee shall file:
   (a) An account of all receipts and disbursements made in the Chapter 7 case, and
   (b) A report on the administration of the case pursuant to 11 U.S.C. § 704(9*)*.

(3) The Trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the Trustee's custody and control.

(4) *Within 14 days* from the date of this *Order*, the Debtor shall file the statements and schedules required by *Bankruptcy Rule 1007(b)*, if such documents have not already been filed.

(5) *Within 14 days* from the date of this *Order*, the Debtor shall file a Chapter 13 Plan.

(6) In the event the Chapter 13 case fails, the case will be converted to a case under Chapter 7.

(7) **On or before October 30, 2024,** the Chapter 7 Trustee shall file an application for compensation of Trustee fees for services rendered through the date of conversion.

*Failure of the Parties to comply with this Conversion Order by filing either the above mentioned documents (or a statement that there is no new information) will result in the Court scheduling a hearing on dismissal of the case if the transfer is from any Chapter to Chapter 11, 12 or 13 and/or for Sanctions Against Counsel if the transfer is from Chapter 11, 12 or 13 to Chapter 7.*

_____
jlm
John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor(s)
Debtor(s) Counsel
Ronda J. Winnecour, Esq.
Ch. 7 Trustee
Office of the U.S. Trustee

SIGNED
9/30/24 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-21482-JCM

Samuel Jocuns     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Sep 30, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Samuel Jocuns, 3817 Lyndell Street, Pittsburgh, Pa 15234-1907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: cthornton-Illar@leechtishman.com | Oct 01 2024 00:16:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES INC. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com PA95@ecfcbis.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 30, 2024 | Form ID: pdf900 | Total Noticed: 2

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mary Bower Sheats
    on behalf of Debtor Samuel Jocuns mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 7