IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Samuel Jocuns | : | Case No. 24-21482 JCM |
|  | : | Chapter 13 |
| Debtor | : | |
| Samuel Jocuns | : | Related to Document No. |
|  | : | |
| Movant | : | |
| vs. | : | |
| No Respondent, | : | |
|  | : | |
| Respondent | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY SPECIAL COUNSEL FILED AT DOCUMENT 35

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel, Filed at Document No. 35, filed on November 1, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Special Counsel, Filed at Document No. 35, appears thereon. Pursuant to the Local Rule, objections to the Motion to Employ Special Counsel, Filed at Document No. 35, were to be filed and served no later than November 25, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Employ Special Counsel, filed at Document 35, be entered by the Court.

Dated:  November 26, 2024            /s/Mary Bower Sheats
                                     Mary Bower Sheats, Esquire
                                     PA I.D. #27911
                                     1195 Washington Pike
                                     Suite 325
                                     Bridgeville, PA 15017
                                     412-281-7266
                                     Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**