IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Samuel Jocuns | : | Case No. 24-21482 JCM |
| | : | Chapter  13 |
| Debtor | : | |
| Samuel Jocuns | : | Related to Document No. 47 |
| | : | |
| Movant | : | |
| vs. | : | |
| No Respondent, | : | |
| | : | |
| Respondent | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF DEBTOR TO APPOINT SUBSTITUTE DIVORCE
COUNSEL**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **JUNE 15, 2026**(*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **JULY 7, 2026, AT 1:30 P.M.** before Judge John C. Melaragno in (choose one: Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501). Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 24, 2026

/s/Mary Bower Sheats
Attorney for Debtor, Samuel Jocuns
PA ID # 27911
1195 Washington Pike, Ste. 325
Bridgeville, PA 15017
412-281-7266
mary@mbsheatslaw.com