IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Samuel Jocuns | : | Case No. 24-21482 JCM |
| | : | Chapter  13 |
| Debtor | : | |
| Samuel Jocuns | : | Related to Document No. 60 |
| | : | |
| Movant | : | |
| vs. | : | |
| No Respondent, | : | |
| | : | |
| Respondent | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY SPECIAL COUNSEL FILED AT DOCUMENT 60

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel, Filed at Document No. 60, filed on May 24, 2026, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Special Counsel, Filed at Document No.60, appears thereon. Pursuant to the Local Rule, objections to the Motion to Employ Special Counsel, Filed at Document No. 60, were to be filed and served no later than June 15, 2026.

It is hereby respectfully requested that the Order attached to the Motion to Employ Special

Counsel, filed at Document 60, be entered by the Court.

Dated:   June 16, 2026

/s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA I.D. #27911
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**